# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| REBECCA SUE RAPER, § | |
| Plaintiff, § | |
| § | No. 3:16-CV-239-N |
| v. § | |
| CAROLYN W. COLVIN, § | |
| Acting Commissioner of Social Security, § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge Paul D. Stickney. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the final decision of the Commissioner is REVERSED and REMANDED for further proceedings consistent with the Magistrate Judge's Findings, Conclusions and Recommendation.

**SO ORDERED** this 17th day of February, 2017.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE